# IN THE SUPREME COURT OF THE STATE OF NEVADA

OHDB, LLC, A NEVADA LIMITED LIABILITY COMPANY; LAWRENCE DOYLE, AN INDIVIDUAL; JOSEPH LAMARCA, AN INDIVIDUAL; JOHN HESSLING, AN INDIVIDUAL; AND BONNIE CHU, AN INDIVIDUAL,
Appellants,

vs.

2010-1 CRE INDUSTRIAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Respondent.

No. 70092

**FILED**

FEB 13 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Susan Scann, District Judge
Stephen E. Haberfield, Settlement Judge
McLetchie Shell LLC
Marquiz Law Office
Greenberg Traurig, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

IOI-1947

18-05993